## RE: Yukos Claims Administration - NOTICE OF ELIGIBILITY

 **Info@yukosclaims.com** <Info@yukosclaims.com>                                     **Dec 26, 2017** at **23:49**

To: Me

Dear Sir or Madam,

==We are not aware that any representative of the Distribution Agent promised to provide you with a written calculation of the payment amount.  However, be now agreed with the payment amount, and re-confirmed the release provisions in the claim form, which are also set forth in part in the email below, we will payment into a payable status.==

Regards,

==Yukos Distribution Agent==

**From:** I I [mailto:ilveysinc@gmail.com]
**Sent:** Tuesday, ==December 19, 2017== 11:45 AM
**To:** Info@yukosclaims.com
**Subject:** Re: Yukos Claims Administration - NOTICE OF ELIGIBILITY

Hello!

==I agree with the rules, I agree with the discount, I do not cancel my signature.==

In August, you promised to give us a written calculation of the amount.

You do not give us your calculation and accuse me of disagreeing with the calculation! It is not right.

I gave you a bank account. You think your amount is right, well - pay.

==2017-12-19== 18:20 GMT+03:00 Info@yukosclaims.com <Info@yukosclaims.com>:

Dear Sir or Madam,

Thank you for your email regarding Claim Number 92B37B5C27 filed on behalf of Ilveys Inc. in the Yukos Claims Administration. ==Please be advised that t agree with the calculation of your claim, your statements negate the Release provisions in the Proof of Claim form and therefore nullify the signature on you==

==For this reason, your claim is rejected.==

==**This is the last notification you will receive in connection with your claim.**==

Regards,

==Yukos Distribution Agent== [MRM]

**From:** I I [mailto:ilveysinc@gmail.com]
**Sent:** Wednesday, ==November 08, 2017== 5:08 AM

**To:** Info@yukosclaims.com
**Subject:** Re: Yukos Claims Administration - NOTICE OF ELIGIBILITY

Hello!

How can I tell you that I have no claim to you? You did not give me a written report on the specified amount, which we agreed by the phone on August 15.

You made a mistake in the calculations. You have to pay us $17,750.

If you do not agree with our amount, please give us a written report about how you formed the specified amount of $ 2,500.

==2017-11-03== 21:54 GMT+03:00 Info@yukosclaims.com <Info@yukosclaims.com>:

Dear Sir or Madam,

==We would be happy to issue your payment forthwith.  However, given your prior comments, we need you to confirm your release, as provided below and which was cop form that was submitted.==
==I agree that under no circumstances shall Stichting Administratiekantoor Financial Performance Holdings, any of its affiliates, any other entity making a distributi herewith or any of their respective officers, directors employees or agents, including the Distribution Agent, incur any liability to me or to any other person if it r in accordance with the Notice and Plan of Allocation.==

==Once we receive your confirmation, we will update the claim to a payable status.==

Regards,
==Yukos Distribution Agent== (MRM)

**From:** I I [mailto:ilveysinc@gmail.com]
**Sent:** Monday, October 23, 2017 5:44 PM

**To:** Info@yukosclaims.com
**Subject:** Re: Yukos Claims Administration – NOTICE OF ELIGIBILITY

Hello!

You wrote to me that you provided a calculation of the amount. No, we agreed by phone on August 19 that you will give us a written estimate of the amount
us anything.

And what do you care what we think. In any case, whatever I thought, you should pay to us our share of Yukos money. I gave you the bank details. If you w
please notify me of this and give the tracking number.

2017-10-05 19:42 GMT+03:00 Info@yukosclaims.com <Info@yukosclaims.com>:
Dear Sir or Madam,

As noted below on September 26, 2017 it appears that you do not accept the calculation of your claim. If you can kindly confirm that you agree with your claim calculatio
the future with your distribution.
Regards,
Yukos Distribution Agent [MRM]

**From:** I I [mailto:ilveysinc@gmail.com]
**Sent:** Tuesday, September 26, 2017 1:01 PM

**To:** Info@yukosclaims.com
**Subject:** Re: Yukos Claims Administration – NOTICE OF ELIGIBILITY

Are you going to misappropriate even these little money?

2017-09-26 18:09 GMT+03:00 Info@yukosclaims.com <Info@yukosclaims.com>:
Dear Sir or Madam,

Thank you for your email regarding claim number 92B37B5C27 filed on behalf of Ilveys Inc. in the Yukos Claims Administration. As you requested, we explained how cl
calculated via email on July 19, 2017. In addition, we explained the calculation on August 15, 2017 via telephone. Based on your email correspondence, it appears that yo
calculation and as a result no further processing of your payment will take place.

Regards,

Yukos Distribution Agent [KH]

**From:** I I [mailto:ilveysinc@gmail.com]
**Sent:** Monday, September 11, 2017 3:45 PM

**To:** Info@yukosclaims.com
**Subject:** Re: Yukos Claims Administration – NOTICE OF ELIGIBILITY

Please answer the question!
When are you going to pay money? Will you pay to the bank account? Or send a check? If you send a check, will you inform me that you sent the check?

2017-09-08 14:17 GMT+03:00 I I <ilveysinc@gmail.com>:
Please answer the question!
When are you going to pay money? Will you pay to the bank account? Or send a check? If you send a check, will you inform me that you sent the check?

2017-09-02 12:23 GMT+03:00 I I <ilveysinc@gmail.com>:
Hello!
You do not want to answer us. Good.
Well, when are you going to pay money? Will you pay to the bank account? Or send a check? If you send a check, will you tell me that you sent the check?

2017-07-19 19:16 GMT+03:00 I I <ilveysinc@gmail.com>:
This answer is not accepted(  Many words, but nothing is clear. We absolutely do not understand anything!
You determined the amount to the nearest cent. 2499 dollars and 16 cents. Sixteen cents!!!
Please provide us a detailed calculation of this amount.
You required from us a complete set of documents, We require a detailed calculation. We do not need empty words,
Please provide a detailed calculation!!!

2017-07-19 17:32 GMT+03:00 Info@yukosclaims.com <Info@yukosclaims.com>:

Dear Sir or Madam,

Thank you for your e-mail. To understand how your payment was calculated, please review the methodology set forth in the Notice, which is posted on the website, at http://www.yukosclaims.com/. In particular, please review the Plan of Allocation, which appears in Appendix A of the Notice.

Briefly, your documented shares will be used to calculate your "Recognized Loss." Using Table 1 in the Plan of Allocation, the total price reaction per share aggregating "Abnormal Price Reactions" according to the acquisition and trade dates. All of the "Abnormal Price Reactions" after each purchase and prior added together to determine the total abnormal price reaction. The abnormal price reaction per share is further discounted based on the 19 events. For exam Yukos Ordinary Shares on July 1, 2003 and never sold them, the total loss for each share would be $14.45, there is no further discount since there are no adv took place. All purchases and acquisitions are matched against sales on a LIFO basis (please see the Notice for additional information on LIFO matching).

It is important to note that all Eligible Claimants' total Recognized Losses exceed the amount in the Distribution Fund. Accordingly, each investor's Recogr be paid on a pro rata basis, as long as the amount equals or exceeds $25 USD. The pro rata is determined by taking your total Recognized Losses, dividing the total Recognized Losses of all Eligible Claimants, and multiplying by the total amount in the Distribution Fund. The pro rata for all Eligible Claimants i the Recognized Loss.

If you have any further questions, please do not hesitate to contact us.

Regards,

Yukos Distribution Agent [JT]

**From:** I I [mailto:ilveysinc@gmail.com]
**Sent:** Tuesday, July 18, 2017 2:11 AM
**To:** Info@yukosclaims.com
**Subject:** Re: Yukos Claims Administration - NOTICE OF ELIGIBILITY

Hello!

You did not answer our question about the payment of 2499.16 US dollars.

We present you our calculation:

Shareholders who bought shares before 02.07.2003. received $ 0.20566 per share.

We bought ADRs (See app.):

1) 10'000 ADR - 16.11.2004.
According to your table, the discount from the purchase on this date is 47.4%. Thus, the amount of payment from this purchase is 0.108177 $ per share or 0 ADR. Total with this purchase: 4'327.08 $.

2) 10'000 ADR - 25.11.2004.
According to your table, the discount from the purchase on this date is 52.6%. Thus, the amount of payment from this purchase is 0.097483 $ per share or 0 ADR. Total with this purchase: 3'899.31 $.

3) 5'000 ADR - 29.11.2004.
According to your table, the discount from the purchase on this date is 52.6%. Thus, the amount of payment from this purchase is 0.097483 $ per share or 0 ADR. Total with this purchase: 1'949.66 $.

4) 25'000 ADR - 30.03.2005.
According to your table, the discount from the purchase on this date is 63.2%. Thus, the amount of payment from this purchase is 0.075683 $ per share or 0 ADR. Total with this purchase: 7'568.29 $.

According to your rules, the total payment to us for 50'000 ADRs should be 17'744.34 US dollars.

How did you determine the amount of 2'499.16 US dollars?

We categorically disagree with your calculation.
We ask you to provide a detailed calculation of the above amount.

Sincerely, Director of ILVEYS INC.



==2017-06-16== 2:45 GMT+03:00 <info@yukosclaims.com>:

Claim Number: ==92B37B5C27==

Dear Claimant,

==We are pleased to inform you that your claim in the Yukos Claims Administration has been determined to be eligible for payment in the amount of $2,499.1== ==will be mailed to you at the address you provided to the Yukos Claims Administration.==

If you have any questions, please review the FAQs on the administration website or email the Distribution Agent at info@yukosclaims.com.

Regards,

==Yukos Distribution Agent==

If you wish to UNSUBSCRIBE from future email messages from the Claims Administrator with regard to this administration, please click on this link.

111