**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DENIEL SHUMEIKO,

                 Plaintiff,

       v.

DEUTSCHE BANK TRUST COMPANY
AMERICAS,

                 Defendant.

Case No. 1:26-cv-3516-MKV

**<u>NOTICE OF APPEARANCE</u>**

---

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of

Defendant Deutsche Bank Trust Company Americas:

> Jason C. Hegt
> LATHAM & WATKINS LLP
> 1271 Avenue of the Americas
> New York, New York 10020
> Telephone: (212) 906-1200
> Fax: (212) 751-4864
> Email: jason.hegt@lw.com

This appearance is without waiver of any rights or defenses, including as to jurisdiction and

service.

Dated: May 26, 2026
       New York, New York

Respectfully submitted,

*/s/ Jason C. Hegt*
Jason C. Hegt
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Fax: (212) 751-4864
Email: jason.hegt@lw.com

*Attorney for Deutsche Bank Trust Company*
*Americas*