**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DENIEL SHUMEIKO,

                             Plaintiff,

         v.

DEUTSCHE BANK TRUST COMPANY
AMERICAS,

                             Defendant.

Case No. 1:26-cv-3516-MKV

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of

Defendant Deutsche Bank Trust Company Americas:

> Rebecca Spendley
> LATHAM & WATKINS LLP
> 10250 Constellation Blvd., Suite 1100
> Los Angeles, California 90067
> Telephone: (424) 653-5500
> Fax: (424) 653-5501
> Email: rebecca.spendley@lw.com

This appearance is without waiver of any rights or defenses, including as to jurisdiction and

service.

Dated: May 26, 2026
         New York, New York

Respectfully submitted,

*/s/ Rebecca Spendley*
Rebecca Spendley

LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone: (424) 653-5500
Fax: (424) 653-5501
Email: rebecca.spendley@lw.com

*Attorney for Deutsche Bank Trust Company*
*Americas*