UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Deniel Shumeiko

Plaintiff(s)

- v -

Deutsche Bank Trust Company
Americas

Defendant(s)
_____

RULE 7.1 STATEMENT

1:26-cv-03516-MKV
_____
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Defendant Deutsche Bank Trust Company Americas

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

Deutsche Bank Trust Company Americas is wholly-owned by Deutsche Bank Trust Corporation, which is wholly-owned by DB USA Corporation.  DB USA Corporation is a wholly owned subsidiary of Deutsche Bank Aktiengesellschaft.  No publicly held company owns 10% or more of the stock of Deutsche Bank Aktiengesellschaft.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

N/A

6/9/26

Date

/s/ Jason C. Hegt

Signature of Attorney

NY: 4781191

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).