USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENIEL SHUMEIKO,

Plaintiff,

-against-

DEUTSCHE BANK TRUST COMPANY AMERICAS,

Defendant.

26-cv-3516 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' letters regarding Defendant's contemplated motion to dismiss this case [ECF Nos. 13, 15]. Having carefully reviewed the pre-motion letters, the Court concludes that a pre-motion conference is not necessary. Defendant's request to file a motion to dismiss is GRANTED. The Court also *sua sponte* grants Plaintiff leave to amend the Complaint before any such motion is filed.

Accordingly, IT IS HEREBY ORDERED that, if Plaintiff wishes to amend, he must file the amended complaint by **October 15, 2026**. **Plaintiff is on notice that this will be his last opportunity to amend the complaint to cure any deficiency identified in the pre-motion letter, and failure to file an amended complaint by the deadline will be considered a waiver of the opportunity to do so.**

IT IS FURTHER ORDERED that, if Plaintiff files an amended complaint, Defendant must respond by October 29, 2026. If Defendant responds with a motion to dismiss, **Plaintiff must file an opposition by November 30, 2026.** The Court is setting a long deadline for Plaintiff's opposition because he is *pro se*. **Plaintiff is on notice that if he fails to oppose the motion to dismiss by the deadline, this case may be dismissed with prejudice for failure to prosecute.** Any reply by Defendant is due December 7, 2026.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint, Defendant shall file its contemplated motion to dismiss by October 22, 2026. **Plaintiff must file an opposition by November 30, 2026.** As noted above, failure to file a timely opposition may result in dismissal for failure to prosecute.

Any request for an extension must be filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

**Date: September 21, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**