**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENIEL SHUMEIKO,<br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>Defendant. | Case No. 1:26-cv-3516-MKV<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Rebecca Spendley and the exhibit attached thereto, both dated October 29, 2026, the undersigned hereby moves this Court on behalf of Defendant Deutsche Bank Trust Company Americas, before the Honorable Mary Kay Vyskocil at the United States District Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, for an order granting Defendant's Motion to Dismiss the Amended Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Scheduling Order entered on September 21, 2026 (Dkt. 16), Plaintiff's opposition shall be served on or before November 30, 2026, and Defendant's reply shall be served on or before December 7, 2026.

Dated: October 29, 2026
New York, New York

Respectfully submitted,

LATHAM & WATKINS LLP

_/s/ Jason C. Hegt_
Jason C. Hegt
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email: jason.hegt@lw.com

Rebecca Spendley
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
Email: rebecca.spendley@lw.com

*Attorneys for Deutsche Bank Trust Company Americas*