**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENIEL SHUMEIKO,<br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>Defendant. | Case No. 1:26-cv-3516-MKV |

**DECLARATION OF REBECCA SPENDLEY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Rebecca Spendley, do hereby declare the following under penalty of perjury:

1. I am an attorney at Latham & Watkins LLP, and counsel of record for Defendant Deutsche Bank Trust Company Americas in the above-captioned matter. I am admitted to the Bar of the State of New York and the United States District Court, Southern District of New York.

2. I submit this declaration in support of Defendant's Motion to Dismiss the Amended Complaint, filed herewith in the above-captioned matter.

3. Attached hereto as Exhibit A is a true and correct copy of https://www.sec.gov/Archives/edgar/data/1223005/000095011703001138/ex99-a.txt, which is a Deposit Agreement dated March 12, 2001.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 29, 2026.

By: Becca Spendley
Rebecca Spendley
LATHAM & WATKINS LLP