**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENIEL SHUMEIKO,<br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>Defendant. | Case No. 1:26-cv-3516-MKV |

**CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL CIVIL RULE 7.2**

The undersigned hereby certifies that on October 29, 2026, Defendant Deutsche Bank Trust Company Americas, in accordance with Local Civil Rule 7.2, served *pro se* Plaintiff Deniel Shumeiko with copies of cases and other authorities cited in Defendant's Motion to Dismiss the Amended Complaint that are unpublished or reported exclusively on computerized databases via FedEx and email to:

Deniel Shumeiko
3600 Chestnut St, Apt. 703
Philadelphia, PA 19104
(267) 693-3824
deniel24@sas.upenn.edu

*Pro Se Plaintiff*

Dated: October 29, 2026
New York, NY

LATHAM & WATKINS LLP

*/s/ Jason C. Hegt*

Jason C. Hegt
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email: jason.hegt@lw.com

Rebecca Spendley
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
Email: rebecca.spendley@lw.com